1  RANDALL S. NEWMAN (SBN 190547)
2  Attorney at Law
3  99 Wall St., Suite 3727
   New York, NY 10005
4  212.797.3735
5  rsn@randallnewman.net

6  *Attorney for Plaintiff,*
7   *John Filax*

8
9              **UNITED STATES DISTRICT COURT**
10             **NORTHERN DISTRICT OF CALIFORNIA**
11

12 JOHN FILAX,                          Case No. 25-cv-07600-EKL

13        Plaintiff,

14                                      **DECLARATION OF SERVICE**

15     vs.

16 MUHAMMAD TAYYAB,

17        Defendant.

18

---

1

**DECLARATION OF SERVICE**

I, Randall S. Newman, hereby swear and affirm pursuant to 28 U.S.C. § 1746 upon direct personal knowledge that the following is true and correct:

1. I am counsel for Plaintiff John Filax in this action.

2. On September 9, 2025, I caused true and correct copies of the following documents to be served on Defendant Muhammad Tayyab at Mohalla Islam Nagar, Street #3, House #P-316, Faisalabad, Punjab 38000, Pakistan via DHL:

    a. Summons;

    b. Complaint;

    c. Order Setting Initial Case Management Conference and ADR Deadlines, dated September 8, 2025 (ECF No. 6);

    d. Judge Lee's Standing Order for Civil Cases.

3. Service was effected pursuant to Federal Rule of Civil Procedure 4(f)(1) and Article 10(a) of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents, by transmitting the documents through DHL Express International Courier, a postal channel not objected to by the Islamic Republic of Pakistan.

4. The DHL package was delivered and signed for by Muhammad Tayyab on September 11, 2025, as confirmed by the DHL tracking report for tracking no. 3247124156. A true and correct copy of the DHL proof-of-delivery record is attached hereto as Exhibit A.

5. Accordingly, Defendant was properly served under Rule 4(f)(1) and the Hague Convention.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 5, 2025.

                                          s/ Randall S. Newman
                                          Randall S. Newman

                                          *Attorney for Plaintiff,*
                                          *John Filax*

**DECLARATION OF SERVICE**



11 September 2025

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 3247124156.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 3247124156 was delivered on 11 September 2025 at 15.34**

| | | | |
|---|---|---|---|
| **Signed** | MUHAMMAD TAYYAB | **Destination Service Area** | LAHORE PAKISTAN |
| **Signature** | *[signature]* | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600012264904941 |

**Additional Shipment Details**

| | | | |
|---|---|---|---|
| **Service** | EXPRESS EASY doc | **Origin Service Area** | BANGKOK THAILAND |
| **Picked Up** | 09 September 2025 at 13.45 | **Shipper Reference** | 3247124156TH20250909064127157 |

EXHIBIT A - Page 1 of 3

บริษัท ดีเอชแอล เอ็กซ์เพรส อินเตอร์เนชั่นแนล (ประเทศไทย) จำกัด
DHL EXPRESS INTERNATIONAL (THAILAND) LIMITED
319 อาคารจามจุรีสแควร์ ชั้น 22 และ 23 ถนนพญาไท แขวงปทุมวัน เขตปทุมวัน กรุงเทพฯ 10330
319 CHAMCHURI SQUARE BUILDING FLOOR 22nd AND 23rd PHAYATHAI ROAD,
KHWAENG PATHUMWAN, KHET PATHUMWAN, BANGKOK 10330

โทร TEL. : 66 2 345 5111



| | | | |
|---|---|---|---|
| Issue By | สำนักงานใหญ่ / Head Office | ใบเสร็จรับเงิน | เลขที่ |
| ต้นฉบับ | เลขประจำตัวผู้เสียภาษีอากร TAX ID NO : 0105548000160 | OFFICIAL RECEIPT | NO. BKKSLM20250909899312 |

| | | | |
|---|---|---|---|
| ชื่อลูกค้า / Customer Name | RANDALL S. NEWMAN | วันที่ / Date | 2025/09/09 |
| ที่อยู่ / Address | ASCOTT SICY VILLA #2102<br>7 SOUTH SATHORN RD. YANNAWA<br>SATHORN<br>BANGKOK<br>THAILAND<br>10120 | เลขที่บัญชี / Account No. | 100002231853 |
| เลขประจำตัวผู้เสียภาษี / Tax ID No. | +66877583332, +66877583332 | เลขที่ใบกำกับของ / Waybill No | 3247124156 |

| เป็นการชำระเงิน<br>In Payment Of | ค่าใช้จ่าย<br>Charges | จำนวนภาษีมูลค่าเพิ่ม<br>VAT | ส่วนลด<br>Discount | จำนวนเงิน<br>Amount |
|---|---|---|---|---|
| SHIPPING CHARGES | 1,250.00 | 0.00 | 100.00 | 1,150.00 |
| EXTENDED LIABILITY (IB) | 100.00 | 0.00 | 0.00 | 100.0 |
| Total | 1,350.00 | 0.00 | 100.00 | 1,250.00 |

| การชำระเงินที่ได้รับ / Payment Received | | |
|---|---|---|
| ทั้งหมด / Total | | 1250.00 |
| เป็นจำนวนเงิน (ตัวอักษร) / Total In Words | | One Thousand Two Hundred Fifty THAI BAHT and Zero SATANG Only |
| โดยการชำระเงิน / Payment Mode | | Credit Card |
| รูปแบบการชำระเงิน / Payment Reference | | |
| ธนาคาร / Bank | | VISA |

สมาชิก DHL Rewards เพื่อรับคะแนนสะสม ทุกครั้งที่มีการจัดส่งพัสดุของท่าน 'Activate your DHL REWARDs account to earn points as you ship'

| ข้อมูลคะแนนสะสม / Points Information | | |
|---|---|---|
| คะแนนที่ใช้ไป / Points Redeemed | 0.00 | |
| คะแนนที่ได้รับ / Points Earned | 125.00 | |
| คะแนนคงเหลือ / Points Balance | 125.00 | |

DHL REWARDs https://th.dhlrewards.com

ในกรณีที่มีการจัดทำใบกำกับภาษีอิเล็กทรอนิกส์ในรูปแบบไฟล์อิเล็กทรอนิกส์ (E-Tax invoice) จะจัดส่งผ่านทางอีเมลที่ให้ไว้กับทาง DHL
The E-Tax invoice will be sent to you via the email you provided to DHL.



**\*WAYBILL DOC\***
Not to be attached to package - Hand to Courier
2025-09-09 (v)DHL API 1.0  GLS certified label

**Shipper:**
RANDALL S. NEWMAN
RANDALL S. NEWMAN
ASCOTT SICV VILLA #2102
7 SOUTH SATHORN RD. YANNAWA
SATHORN
10120 BANGKOK
THAILAND

Contact
+66877583332

**Receiver:**
ATTN MUHAMMAD TAYYAB
ATTN MUHAMMAD TAYYAB
MOHALLA ISLAM NAGAR STREET # 3
HOUSE #P-315 FAISALABAD
**38000 FAISALABAD**
**PAKISTAN**

Contact
+923071054524

tayyabnoodle@gmail.com

## TH-BKK-RMT PK-LHE-FBF**FBA**

**Product Details**
[7] EXPRESS EASY (60)

**Payer Details**
FRT CASH/HSLE

**Features / Services (Service Code)**
Automated Digital Imaging(PJ)
Extended Liability(IS)

**Shipment Details**
Content: DOCUMENTS - GENERAL BUSINESS

Cust Decl Shpt Wgt (UOM) / Dim Wgt (UOM)

**0.5 kg**

Piec
1

Name (In Capital Letters)    Signature    Date (DD MM YYYY)



WAYBILL 32 4712 4156

License Plates of pieces in shipment
JD014600012264904941

- page 1 of 1 -

EXHIBIT A - Page 3 of 3