RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *John Filax*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FILAX,<br><br>    Plaintiff,<br><br>  vs.<br><br>MUHAMMAD TAYYAB,<br><br>    Defendant. | Case No. 25-cv-07600-EKL<br><br>**REQUEST FOR DEFAULT** |

1

**REQUEST FOR DEFAULT**

TO: MARK B. BUSBY, CLERK OF COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Please enter default against the following Defendant:

**MUHAMMAD TAYYAB**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the Court's file herein and from the attached Declaration of Randall S. Newman, Esq.

Dated:     November 5, 2025              s/ Randall S. Newman
                                         Randall S. Newman, Esq. (190547)
                                         99 Wall Street, Suite 3727
                                         New York, NY 10005
                                         (212) 797-3735
                                         rsn@randallnewman.net

                                         *Attorney for Plaintiff,*
                                         *John Filax*

REQUEST FOR DEFAULT