RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *John Filax*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA, | Case No. 25-cv-07600-EKL |
| Plaintiff, | |
| vs. | **DECLARATION IN SUPPORT OF REQUEST FOR DEFAULT** |
| MUHAMMAD TAYYAB, | |
| Defendant. | |

RANDALL S. NEWMAN, pursuant to 28 U.S.C. § 1746 declares under penalties of perjury as follows:

1. That I am the attorney for Plaintiff, John Filax, in the above referenced matter and I am admitted to practice in this Court. I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

2. This action was commenced pursuant to 17 U.S.C. §§101, *et seq*. A copy of the Summons and Complaint was served on the Defendant, **MUHAMMAD TAYYAB** as set forth in the Declaration of Service by Randall S. Newman, which was filed with the Court on November 5, 2025 as ECF Document No. 8.

3. The time within which the Defendant may answer or otherwise move with respect to the Complaint herein has expired. Defendant, **MUHAMMAD TAYYAB**, has not answered or otherwise moved with respect to the Complaint, and the time for the Defendant to do so has not been extended.

4. I declare under penalty of perjury that the foregoing is true and correct.

WHEREFORE, Plaintiff, John Filax, requests that the default of Defendant, **MUHAMMAD TAYYAB**, be noted by the Clerk in favor of Plaintiff and against Defendant in the manner stated herein.

Dated:       November 5, 2025               s/ Randall S. Newman
                                            Randall S. Newman, Esq. (190547)

2

**DECLARATION IN SUPPORT OF REQUEST FOR DEFAULT**