RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
*John Filax*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FILAX, | Case No. 25-cv-07600-EKL |
| Plaintiff, | HON. EUMI K. LEE |
| vs. | |
| MUHAMMAD TAYYAB, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Defendant. | |

**Notice of Voluntary Dismissal Without Prejudice**

1    Notice is hereby given that pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff
2  voluntarily dismisses the above-captioned action without prejudice.

3

4  Dated:  March 13, 2026

5                                        /s/ Randall S. Newman
                                         Randall S. Newman, Esq. (SBN 190547)
6                                        99 Wall Street, Suite 3727
                                         New York, NY 10005
7                                        (212) 797-3735
                                         rsn@randallnewman.net
8

9
                                         *Attorney for Plaintiff,*
10                                        *John Filax*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of Voluntary Dismissal Without Prejudice**